## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GYRO-TRAC CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 21-303-CJB |
| v. | ) |
| | ) |
| FECON, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 2, 2022, Defendant's Initial Invalidity Contentions were served upon counsel of record via secure email as follows:

**SHAW KELLER LLP**
Karen Elizabeth Keller
Nathan Roger Hoeschen
Emily S. DiBenedetto
1105 North Market Street, 12th Floor
Wilmington, DE 19801
kkeller@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com

**SAUL EWING ARNSTEIN & LEHR LLP**

/s/ *James D. Taylor, Jr.*
James D. Taylor, Jr. (#4009)
Charles E. Davis (#6402)
Aubrey J. Morin (#6568)
Michelle C. Streifthau-Livizos (#6584)
1201 N. Market Street, Suite 2300
Wilmington, DE  19899
(302) 421-6800
james.taylor@saul.com
chad.davis@saul.com
aubrey.morin@saul.com
michelle.streifthau-Livizos@saul.com

39990320.1

OF COUNSEL:

John F. Bennett (admitted *pro hac vice*)
Paul M. Ulrich (admitted *pro hac vice*)
Paul J. Linden (admitted *pro hac vice*)
Ava M. Abner (admitted *pro hac vice*)

ULMER & BERNE LLP
312 Walnut Street, Suite 1400
Cincinnati, OH 45202-4029
(513) 698-5000
jbennett@ulmer.com
pulrich@ulmer.com
plinden@ulmer.com
aabner@ulmer.com

*Counsel for Defendant Fecon, LLC*

Dated: May 2, 2022

39990320.1