# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GYRO-TRAC CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 21-303-CJB |
| v. ) | |
| ) | |
| FECON, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 16, 2022, Defendant's proposed preliminary constructions were served upon counsel of record via email as follows:

**SHAW KELLER LLP**
Karen Elizabeth Keller
Nathan Roger Hoeschen
Emily S. DiBenedetto
1105 North Market Street, 12th Floor
Wilmington, DE 19801
kkeller@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com

**SAUL EWING ARNSTEIN & LEHR LLP**

/s/ *James D. Taylor, Jr.*
James D. Taylor, Jr. (#4009)
Charles E. Davis (#6402)
Aubrey J. Morin (#6568)
Michelle C. Streifthau-Livizos (#6584)
1201 N. Market Street, Suite 2300
Wilmington, DE 19899
(302) 421-6800
james.taylor@saul.com
chad.davis@saul.com
aubrey.morin@saul.com
michelle.streifthau-Livizos@saul.com

40046806.1

OF COUNSEL:

John F. Bennett (admitted *pro hac vice*)
Paul M. Ulrich (admitted *pro hac vice*)
Paul J. Linden (admitted *pro hac vice*)
Ava M. Abner (admitted *pro hac vice*)

ULMER & BERNE LLP
312 Walnut Street, Suite 1400
Cincinnati, OH 45202-4029
(513) 698-5000
jbennett@ulmer.com
pulrich@ulmer.com
plinden@ulmer.com
aabner@ulmer.com

*Counsel for Defendant Fecon, LLC*

Dated: May 16, 2022

40046806.1