IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GYRO-TRAC CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-303-CJB |
| | ) |
| FECON, LLC, | ) |
| | ) |
| Defendant. | ) |

**JOINT CLAIM CONSTRUCTION CHART**

Pursuant to paragraph 12(b) of the Amended Scheduling Order (D.I. 37), Plaintiff Gyro-Trac Corporation and Defendant Fecon, LLC hereby submit as Exhibit A hereto the parties' Joint Claim Construction Chart identifying the terms/phrases of the claims in issue, each party's proposed construction of the disputed claim language, and each party's citations to the intrinsic evidence in support of its proposed constructions. The terms identified in the Joint Claim Construction Chart are based on the asserted claims and information currently known to the parties.

A copy of U.S. Patent No. 8,167,225 ("the '225 patent") is attached hereto as Exhibit B. A copy of U.S. Patent No. 8,893,997 ("the '997 patent") is attached hereto as Exhibit C. Copies of relevant documents from the file history of the '225 patent are attached hereto as Exhibit D. Copies of relevant documents from the file history of the '997 patent are attached hereto as Exhibit E.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| */s/ Emily S. DiBenedetto* | */s/ Michelle Streifthau-Livizos* |
| Karen E. Keller (No. 4489) | James D. Taylor, Jr. (No. 4009) |
| Nathan R. Hoeschen (No. 6232) | Charles E. Davis (No. 6402) |
| Emily S. DiBenedetto (No. 6779) | Aubrey J. Morin (No. 6568) |
| SHAW KELLER LLP | Michelle Streifthau-Livizos (No. 6584) |
| I.M. Pei Building | SAUL EWING ARNSTEIN & LEHR LLP |
| 1105 North Market Street, 12th Floor | 1201 N. Market Street, Suite 2300 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 298-0700 | (302) 421-6800 |
| kkeller@shawkeller.com | james.taylor@saul.com |
| nhoeschen@shawkeller.com | chad.davis@saul.com |
| edibenedetto@shawkeller.com | aubry.morin@saul.com |
|  | michelle.streifthau-livizos@saul.com |
| OF COUNSEL: |  |
| Thomas L. Moses | OF COUNSEL: |
| SOUTHEAST IP GROUP, LLC | John F. Bennett (admitted pro hac vice) |
| 139 Commons Way | Paul M. Ulrich (admitted pro hac vice) |
| Greenville, SC 29611 | Paul J. Linden (admitted pro hac vice) |
| (864) 509-1905 | Ava M. Abner (admitted pro hac vice) |
|  | ULMER & BERNE LLP |
| *Attorneys for Plaintiff* | 312 Walnut Street, Suite 1400 |
|  | Cincinnati, Ohio 45202-4029 |
|  | (513) 698-5000 |
|  | jbennett@ulmer.com |
|  | pulrich@ulmer.com |
|  | plinden@ulmer.com |
|  | aabner@ulmer.com |
| Dated: May 27, 2022 | *Attorneys for Defendant* |