# Exhibit A

Joint Claim Construction Chart
United States District Court, District of Delaware
Gyro-Trac Corp. v. Fecon, LLC, C.A. No. 21-303-CJB

| US Patent No. 8,167,225 | Term for Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|
| 1. A cutting tooth for use on a cutter head comprising a **cutting portion**, the cutting portion having a **leading face** and a **trailing face**, the leading and **trailing faces** of the **cutting portion** cooperating with each other to define a tapering profile terminating in a cutting edge, the **trailing face** having a plurality of ridges and grooves, the plurality of ridges and grooves being arranged in an alternating fashion to define corrugations running along the **trailing face**. | **Cutting Portion** | **Cutting Portion** refers to the portion of the cutting tooth that contains the elements that primarily engage with and cut the item to be cut, such as wood and brush. Those elements include the leading face, the trailing face, and the cutting edge. The cutting portion may be mounted to, attached to, or integrally formed with a base portion of the cutting tooth, but a base portion is not required.<br><br>(*See, e.g.*, Figures 4, 8, 9, 12; Col. 5, line 24-Col. 6, line 13; Col. 6, line 42- Col. 7, line 56.) | **Cutting Portion** plain and ordinary meaning; no construction necessary.<br><br>Abstract; 1:54-62 2:15-35; 4:3-10 5:24-46; 5:64-6:13 7:6-16; 7:26-44 8:44-52; 8:62-9:17 9:32-40; 9:51-10:18; Claim 1 (10:37-44); Claim 28 (11:62-12:5) Claim 51 (14:6-23); FIGS 1-21.<br><br>'225 file history citations.[1] |
| | **Leading Face** | **Leading Face** refers to the face that is facing toward the direction of travel of the cutting tooth as it approaches the item to be cut. For example, when the cutting tooth is | **Leading Face** plain and ordinary meaning; no construction necessary.<br><br>Abstract; 1:33-35; 1:63-67; 4:3-20; |

---

[1] "'225 file history citations" refers to documents filed herewith as Exhibit D.

| | | | |
|---|---|---|---|
| | | mounted as part of an apparatus, such as a rotating drum, the leading face refers to the direction of rotation of the drum.<br><br>(*See, e.g.*, Figures 1, 4, and 8; Col. 3, lines 33-47; Col. 5, line 37-63.) | 5:37-55; 6:24-33; 6:42-51<br>7:6-16; 7:33-44;<br>Claim 1 (10:37-44)<br>Claim 28 (11:62-12:5)<br>FIGS 1-21.<br><br>'225 file history citations. |
| | **Trailing Face** | **Trailing Face** refers to the face that is oriented on the opposite side from the leading face, and that is facing rearwardly from, or in the opposite direction of travel of, the cutting tooth as it approaches the item to be cut. For example, when the cutting tooth is mounted as part of an apparatus, such as a rotating drum, the trailing face refers to the opposite direction of rotation of the drum.<br><br>(*See, e.g.*, Figures 1, 4, and 8; Col. 3, lines 33- 47; Col. 5, line 37-63.) | **Trailing Face** plain and ordinary meaning; no construction necessary.<br><br>Abstract; 1:54-67<br>4:3-24; 5:37-6:33<br>6:42-51; 7:6-25<br>7:33-49; Claim 1 (10:37-44); Claim 28 (11:62-12:5); FIGS 1-21.<br><br>'225 file history citations. |
| 28. In combination a cutting tooth for use on a cutter head, a mounting block for attaching the cutting tooth onto the cutter head, the cutting tooth having a | | | |

| | | | |
|---|---|---|---|
| **cutting portion**, the **cutting portion** having a **leading face** and a **trailing face**, the leading and **trailing faces** of the **cutting portion** cooperating with each other to define a tapering profile terminating in a cutting edge, the **trailing face** having a plurality of ridges and grooves, the plurality of ridges and grooves being arranged in an alternating fashion to define corrugations running along the **trailing face**, and the cutting tooth being releasably mountable to the mounting block. | | | |
| 51. A cutter head for use on a cutter comprising: a drum rotatably mounted on the cutter, the drum having a radial outer surface; **means for causing rotation of the drum relative to the cutter**; at least one mounting block for supporting a cutting tooth, the at least one mounting block being carried on the radial outer surface of the drum; and at least one cutting tooth mounted to the at least one | **means for causing rotation of the drum relative to the cutter** | **means for causing rotation of the drum relative to the cutter** refers to a function of causing rotation of the drum relative to the cutter. The disclosed structure includes at least a drive assembly, including a drive motor that is operatively connected to the horizontal drum by way of an arrangement of one or more drive shafts, cardans, chains, sprockets, belts, pulleys or the like, as | **means for causing rotation of the drum relative to the cutter**<br><br>*Means-plus-function limitation*<br><br>Function: causing rotation of the drum relative to the cutter<br><br>Structure: None<br><br>Construction: Indefinite<br><br>Abstract; 2:17-20; 3:40-47; Claim 51 (14:6-22); FIGS 1-21. |

| | | | |
|---|---|---|---|
| mounting block, the at least one cutting tooth including a **cutting portion**, the **cutting portion** having a **first face** and a **second face**, the **first face** and the **second face** cooperating to define a tapering profile terminating in a cutting edge, the **first face** having a plurality of ridges and grooves, the plurality of ridges and grooves being arranged in an alternating fashion to define corrugations running along the **first face**. | **First Face** | is generally known in the art. (*See* Col. 3, lines 41-47.) **First Face** refers to the face that is facing toward the direction of travel of the cutting tooth as it approaches the item to be cut. For example, when the cutting tooth is mounted as part of an apparatus, such as a rotating drum, the first face refers to the direction of rotation of the drum. (*See, e.g.*, Figures 2, 16, 17, and 20; Col. 3, lines 56-66; Col. 8, lines 62-65; Col. 9, lines 1-9, 51-56, 64-67, Col. 10, lines 1-7.) | '225 file history citations. **First Face** plain and ordinary meaning; no construction necessary. Abstract; 1:54-2:35 3:48-4:2; 8:62-9:12 9:51-10:12; Claim 51 (14:6-23); FIGS 1-21. '225 file history citations. |
| | **Second Face** | **Second Face** refers to the face that is oriented on the opposite side from the first face, and that is facing rearwardly from, or in the opposite direction of travel of, the cutting tooth as it approaches the item to be cut. For example, when the cutting tooth is mounted as part of an apparatus, such as a rotating drum, the | **Second Face** plain and ordinary meaning; no construction necessary. Abstract; 1:54-67 2:16-35; 3:48-4:2 4:53-64; 8:62-67 9:51-63; Claim 51 (14:6-23); FIGS 1-21. '225 file history citations |

| | | second face refers to the opposite direction of rotation of the drum. (*See, e.g.*, Figure 2; Col. 3, lines 56-60; Col. 8, lines 62-67; Col. 9, lines 54-56.) | |

| US Patent No. 8,893,997 | Term for Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|
| 1. A cutting tooth for use on a cutter head comprising a **cutting portion**: the **cutting portion** having a **leading face** and a **trailing face**, the leading and **trailing faces** of the **cutting portion** cooperating with each other to define a tapering profile terminating in a cutting edge, the **trailing face** having a plurality of ridges and a plurality of channels disposed therealong; each channel of the plurality of channels being defined between each pair of adjacent ridges of the plurality of ridges to direct cutting debris away from the cutting edge when the cutting tooth is in use. | **Cutting Portion** | **Cutting Portion** refers to the portion of the cutting tooth that contains the elements that primarily engage with and cut the item to be cut, such as wood and brush. Those elements include the leading face, the trailing face, and the cutting edge. The cutting portion may be mounted to, attached to, or integrally formed with a base portion of the cutting tooth, but a base portion is not required. (*See, e.g.*, Figures 4, 8, 9, 12; Col. 5, line 30- Col. 6, line 20; Col. 6, line 49- Col. 7, line 63.) | **Cutting Portion** plain and ordinary meaning; no construction necessary. Abstract; 1:61-2:2 2:22-40; 4:8-15 5:30-53; 6:4-20 7:13-23; 7:33-51 8:50-58; 9:1-24 9:39-47; 9:58-10:25; Claim 1 (10:43-53); Claim 29 (12:17-29); Claim 42 (13:13-31); FIGS 1-21 '997 file history citations.[2] |

---

[2] "'997 file history citations" refers to documents filed herewith as Exhibit E.

| | | | |
|---|---|---|---|
| | **Leading Face** | **Leading Face** refers to the face that is facing toward the direction of travel of the cutting tooth as it approaches the item to be cut. For example, when the cutting tooth is mounted as part of an apparatus, such as a rotating drum, the leading face refers to the direction of rotation of the drum.<br><br>(*See, e.g.*, Figures 1, 4, and 8; Col. 3, lines 38-52; Col. 5, line 44- Col. 6, line 3.) | **Leading Face** plain and ordinary meaning; no construction necessary.<br><br>Abstract; 1:40-43 2:3-7; 4:16-25 5:44-6:3; 6:31-40 6:48-58; 7:13-23 7:40-51; Claim 1 (10:43-53); Claim 29 (12:17-29); Claim 42 (13:13-31); FIGS 1-21<br><br>'997 file history citations. |
| | **Trailing Face** | **Trailing Face** refers to the face that is oriented on the opposite side from the leading face, and that is facing rearwardly from, or in the opposite direction of travel of, the cutting tooth as it approaches the item to be cut. For example, when the cutting tooth is mounted as part of an apparatus, such as a rotating drum, the trailing face refers to the opposite direction of rotation of the drum.<br><br>(*See, e.g.*, Figures 1, 4, and 8; Col. 3, lines | **Trailing Face** plain and ordinary meaning; no construction necessary.<br><br>Abstract; 2:3-7 4:8-46; 5:44-6:20 6:31-40; 6:49-58 7:13-32; 7:40-63 Claim 1 (10:43-53) Claim 29 (12:17-29); Claim 42 (13:13-31); FIGS 1-21<br><br>'997 file history citations. |

| | | | |
|---|---|---|---|
| | | 38-52; Col. 5, line 44- Col. 6, line 3.) | |
| 29. A cutting tooth assembly for a cutter head comprising: a mounting block fixable to the cutter head; and a cutting tooth mountable to the mounting block; the cutting tooth having a **cutting portion**; the **cutting portion** having a **leading face** and a **trailing face**; the leading and **trailing faces** of the **cutting portion** cooperating with each other to define a tapering profile terminating in a cutting edge; the **trailing face** having a plurality of ridges and a plurality of channels disposed therealong; each channel of the plurality of channels being defined between each pair of adjacent ridges of the plurality of ridges to direct cutting debris away from the cutting edge when the cutting tooth is in use. | | | |
| 42. A cutter head for use on a cutter comprising: a drum rotatably mounted on the cutter, the drum having a radial outer surface; **means for causing rotation of** | **means for causing rotation of the drum relative to the cutter** | **means for causing rotation of the drum relative to the cutter** refers to a function of causing rotation of the drum relative to the cutter. The disclosed structure | **means for causing rotation of the drum relative to the cutter**<br><br>*Means-plus-function limitation* |

| | | | |
|---|---|---|---|
| **the drum relative to the cutter**; at least one mounting block for supporting a cutting tooth, the at least one mounting bracket block being carried on the radial outer surface of the drum; and at least one cutting tooth mounted to the at least one mounting block, the at least one cutting tooth including a **cutting portion**, the **cutting portion** having a **leading face** and a **trailing face**, the **leading face** and the **trailing face** cooperating to define a tapering profile terminating in a cutting edge, the **trailing face** having a plurality of ridges and a plurality of channels disposed therealong; each channel of the plurality of channels being defined between each pair of adjacent ridges of the plurality of ridges to direct cutting debris away from the cutting edge when the cutting tooth is in use. | | includes at least a drive assembly, including a drive motor that is operatively connected to the horizontal drum by way of an arrangement of one or more drive shafts, cardans, chains, sprockets, belts, pulleys or the like, as is generally known in the art.<br><br>(*See* Col. 3, lines 46-52.) | Function: causing rotation of the drum relative to the cutter<br><br>Structure: None<br><br>Construction: Indefinite<br><br>Abstract; 2:24-26 3:45-52; Claim 42 (13:13-31); FIGS 1-21.<br><br>'997 file history citations. |