# Exhibit B



US008167225B2

(12) **United States Patent**  (10) **Patent No.:**     **US 8,167,225 B2**
Gaudreault                       (45) **Date of Patent:**        **May 1, 2012**

(54) **CUTTING TOOTH FOR BRUSH CUTTER**

(75) Inventor:  **Daniel Gaudreault**, Summerville, SC (US)

(73) Assignee:  **Gyro-Trac Inc.**, Quebec (CA)

( * ) Notice:  Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 836 days.

(21) Appl. No.:  **11/814,457**

(22) PCT Filed:  **Jan. 25, 2006**

(86) PCT No.:  **PCT/CA2006/000103**
§ 371 (c)(1),
(2), (4) Date:  **Jul. 20, 2007**

(87) PCT Pub. No.:  **WO2006/079207**
PCT Pub. Date: **Aug. 3, 2006**

(65)          **Prior Publication Data**
US 2008/0298909 A1      Dec. 4, 2008

**Related U.S. Application Data**

(60) Provisional application No. 60/646,620, filed on Jan. 26, 2005.

(51) **Int. Cl.**
*B02C 1/10*       (2006.01)
*B02C 7/12*       (2006.01)
*B02C 13/28*      (2006.01)
(52) **U.S. Cl.** .................................. 241/**294**; 241/101.77
(58) **Field of Classification Search** .................. 241/294, 241/101.77
See application file for complete search history.

(56)              **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,606,324 | A | 9/1926 | Short |
| 4,259,834 | A | 4/1981 | Lambert et al. |
| 4,454,995 | A * | 6/1984 | Bloomquist .................. 241/277 |
| 4,826,090 | A * | 5/1989 | Orphall ........................ 241/191 |
| 5,240,192 | A * | 8/1993 | Tilby et al. ................ 241/292.1 |
| 5,513,485 | A | 5/1996 | Hashimoto et al. |
| 5,642,765 | A | 7/1997 | Brown |
| 5,779,167 | A | 7/1998 | Wagstaff |
| 5,873,684 | A * | 2/1999 | Flolo ............................ 409/66 |
| 5,941,469 | A * | 8/1999 | Spiegemacher .............. 241/291 |
| 5,975,167 | A | 11/1999 | Brown |
| 6,000,205 | A | 12/1999 | Joray |
| 6,321,518 | B1 | 11/2001 | O'Hagan |
| 6,523,768 | B2 * | 2/2003 | Recker et al. ................. 241/294 |
| 6,644,896 | B2 * | 11/2003 | Iinuma ........................... 407/42 |
| 7,137,583 | B2 * | 11/2006 | Kammerer ................... 241/294 |
| 7,568,865 | B1 * | 8/2009 | Ketterer et al. ............. 407/101 |
| 7,607,867 | B2 * | 10/2009 | Benson ........................ 407/102 |
| 2001/0045478 | A1 * | 11/2001 | Recker et al. ................. 241/294 |
| 2002/0102138 | A1 * | 8/2002 | Iinuma ........................... 407/42 |
| 2003/0219320 | A1 * | 11/2003 | Horiike et al. ............... 407/113 |
| 2003/0222164 | A1 | 12/2003 | Denis et al. |

FOREIGN PATENT DOCUMENTS

GB        2200271      8/1988

* cited by examiner

*Primary Examiner* — Bena Miller
(74) *Attorney, Agent, or Firm* — Merchant & Gould P.C.

(57)              **ABSTRACT**

A cutting tooth is used on a brush cutter head. The cutting tooth includes a cutting portion having a first face and a second face. The first face and the second face cooperate to define a tapering profile terminating in a cutting edge. The first face of the cutting portion carries a plurality of ridges formed thereon to direct cutting debris away from the cutting edge and facilitate passage of the debris along the trailing face when the cutting tooth is in use.

**51 Claims, 13 Drawing Sheets**





FIG.1



FIG.2



FIG.3A



FIG.3B



FIG.4

FIG 5



**FIG.6**



**FIG.7**



FIG.8



FIG.9

400



402

FIG.10



400

410

408

406

**FIG.11**



410  408

**FIG.12**



FIG.13



**FIG.14**



**FIG.15**



FIG.16



FIG.17



**FIG.18**



**FIG.19**



FIG.20



FIG.21

# CUTTING TOOTH FOR BRUSH CUTTER

## FIELD OF THE INVENTION

The present invention relates to a cutting tooth for use on a brush cutter head.

## BACKGROUND OF THE INVENTION

Vast felling and mulching operations are often performed with heavy-duty brush cutters. These brush cutters generally consist of cutter heads removably or permanently fixed on self-propelled vehicles.

Heavy-duty brush cutter heads generally have a plurality of blade-type cutting teeth or hammer-type cutting elements, either hingedly or fixedly mounted to the body of a horizontal drum or to the lower surface of a horizontal disc. High velocity rotation of the drum or of the disc causes the cutting elements to shred wood, debris and the like.

Blade-type cutter heads tend to have an advantage over hammer-type cutters in that the dispersion of woodchips during the cutting operation tends to be minimized. This tends to create safer working conditions for workers. U.S. Pat. Nos. 6,321,518, 5,975,167 and 5,642,765 disclose brush-cutter heads comprising U-shaped cutters hingedly mounted on a support. However, there tends to be some drawbacks associated with this type of head configuration. In particular, the teeth and their corresponding supports tend to be prone to excessive wear and damage as a result of repeated impact by rocks and other hard debris. In addition, the efficacy of these teeth tends to decline from repeated impact with hard debris.

Typical fixed blade-type cutting teeth are made from a plate-like metal section curved into stirrup-shaped elements, comprising a cutting edge on their leading face. The manufacturing of such cutting elements is relatively quick and inexpensive. For example, U.S. Pat. No. 6,764,035, discloses a brush-cutter head comprising cutting teeth, each tooth being made from a bent plate having a uniform thickness. Although the fixed cutting teeth disclosed in this patent tend to be more robust and exhibit improved wear resistance than the hingedly mounted-type cutting teeth, the fixed cutting teeth must nonetheless be sharpened often. The need for frequent sharpening tends to reduce the cutting efficiency of brush cutters thereby impeding productivity and increasing operation and maintenance costs.

Therefore, it would be advantageous to have a cutter head with teeth that exhibit improved wear resistance characteristics. In particular, teeth which do not require frequent sharpening, repair or replacement would be most desirable.

## SUMMARY OF THE INVENTION

According to a broad aspect of an embodiment of the present invention, there is provided a cutting tooth for use on a brush cutter head. The cutting tooth includes a cutting portion having a first face and a second face. The first face and the second face cooperate to define a tapering profile terminating in a cutting edge. The first face of the cutting portion carries a plurality of ridges formed thereon to direct cutting debris away from the cutting edge and facilitate passage of the debris along the first face when the cutting tooth is in use.

In an additional feature, the first face is a trailing face and the second face is a leading face. The plurality of ridges is formed on the trailing face. The plurality of ridges protrudes from the trailing face. In another feature, the plurality of ridges is formed flush with said first face.

In a further feature, the plurality of ridges includes at least one pair of adjacent ridges. The at least one pair of adjacent ridges defines a channel therebetween for carrying cutting debris away from the cutting edge when the cutting tooth is in use. In an alternative feature, the plurality of ridges includes pairs of adjacent ridges. Each pair of adjacent ridges defines a corresponding channel therebetween for carrying cutting debris away from the cutting edge when the cutting tooth is in use. The pairs of adjacent ridges and their corresponding channels cooperate with each other to define corrugations on said first face. In a further feature, the corrugations have a generally arcuate profile when viewed in cross-section. In still another feature, the corrugations have a generally crenellated profile in cross-section.

According to another broad aspect of an embodiment of the present invention, a cutter head for use on a cutter is provided. The cutter head includes a drum rotatably mounted on said cutter and means for causing rotation of said drum relative to said cutter. The drum has a radial outer surface. The cutter head further includes at least one mounting bracket for supporting a cutting tooth. The at least one mounting bracket is carried on the radial outer surface of the drum. Also provided is at least one cutting tooth mounted to the at least one mounting bracket. The at least one cutting tooth includes a cutting portion. The cutting portion has a first face and a second face. The first face and the second face cooperate to define a tapering profile terminating in a cutting edge. The first face has at least one pair of ridges formed thereon to direct cutting debris away from said cutting edge and facilitate the passage of cutting debris along said first face when said cutter head is in use. In an additional feature, the cutting tooth is fixedly mounted to the mounting bracket. Alternatively, the cutting tooth is rotatably mounted to the mounting bracket.

## BRIEF DESCRIPTION OF THE DRAWINGS

The embodiments of the present invention shall be more clearly understood with reference to the following detailed description of the embodiments of the invention taken in conjunction with the accompanying drawings, in which:

FIG. 1 is a front perspective view of a brush cutter head according to an embodiment of the present invention;

FIG. 2 is a side elevation view showing a mounting bracket and cutting tooth of the brush cutter head of FIG. 1;

FIG. 3A is a front right perspective view of the cutting tooth shown in FIG. 2;

FIG. 3B is a rear right perspective view of the cutting tooth shown in FIG. 2;

FIG. 4 is a side elevation view of the cutting tooth of FIG. 2;

FIG. 5 is a front elevation view of the cutting tooth of FIG. 2;

FIG. 6 is a rear elevation view of the cutting tooth of FIG. 2;

FIG. 7 is a top plan view of the cutting tooth of FIG. 2;

FIG. 8 is a cross-sectional view of the cutting tooth shown in FIG. 5 taken along line VIII-VIII;

FIG. 9 is a rear right perspective view of the cutting tooth according to an alternate embodiment of the present invention;

FIG. 10 is a front elevation view of the cutting tooth of FIG. 9;

FIG. 11 is a rear elevation view of the cutting tooth of FIG. 9;

FIG. 12 is a top plan view of the cutting tooth of FIG. 9;

FIG. **13** is a rear right perspective view of a cutting tooth according to a further alternate embodiment of the present invention;

FIG. **14** is a front perspective view of a brush cutter head according to another embodiment of the present invention;

FIG. **15** is a front perspective view showing a mounting bracket and a cutting tooth of the brush cutter head of FIG. **14**;

FIG. **16** is a side elevation view of the cutting tooth of FIG. **14**;

FIG. **17** is a back elevation view of the cutting tooth of FIG. **14**;

FIG. **18** is a front perspective view of a brush cutter head according to a further embodiment of the present invention;

FIG. **19** is a front perspective view showing a mounting bracket and a cutting tooth of the brush cutter head of FIG. **18**;

FIG. **20** is a side elevation view of the cutting tooth of FIG. **18**; and

FIG. **21** is a back elevation view of the cutting tooth of FIG. **18**.

## DETAILED DESCRIPTION OF THE EMBODIMENTS OF THE INVENTION

The description which follows, and the embodiments described therein are provided by way of illustration of an example, or examples of particular embodiments of principles and aspects of the present invention. These examples are provided for the purposes of explanation and not of limitation, of those principles of the invention. In the description that follows, like parts are marked throughout the specification and the drawings with the same respective reference numerals.

Referring to FIGS. **1** and **2**, there is shown a cutting tooth generally designated with reference numeral **20**. Cutting tooth **20** is designed to be mounted onto a cutter head **22** of the type used to cut trees, brush or the like. It will however be appreciated that cutting tooth **20** may be mounted on other types of cutter heads, for instance, those used for shredding paper and/or metal.

Cutter head **22** has a horizontal drum **24** that is rotatably mountable to a brush cutter (not shown). A drive assembly (not shown) is provided for driving rotation of the horizontal drum **24**. More specifically, the drive assembly includes a drive motor (not shown) that is operatively connected to the horizontal drum **24** by way of an arrangement of one more drive shafts, cardans, chains, sprockets, belts, pulleys or the like, as is generally known in the art.

The drum **24** carries about its outer surface **26** a plurality of mounting brackets or blocks **28** disposed in a generally helical fashion, upon which may be secured a corresponding plurality of cutting teeth **20**. Each mounting bracket **28** is of unitary construction and is formed with a generally concave face **30** that conforms to the curved profile of the outer surface **26**. The mounting brackets **28** may be secured to the drum **24** by welding, or may be removably attached to the drum with fasteners, for instance, screws, bolts or the like. Each mounting bracket **28** further includes a first face **32** for abutting against the cutting tooth **20**; a second, opposed, face **34**; and a bore **36** extending between the first face **32** and second face **34**, for accommodating a fastener **38**. The fastener **38** is used to attach the cutting tooth **20** to the mounting bracket **28**. In this embodiment, the fastener **38** takes the form of a bolt **40** having a generally hexagonal head **42**. A nut **44** is used to secure the bolt **40** in place. Adjacent the concave face **30**, a lip member **46** projects outwardly from the first face **32** to form a ledge **48** which supports a portion of cutting tooth **20**. As will be explained in greater detail below, the ledge **48** has a

cutout **50** defined therein that is adapted to receive a mating portion of the cutting tooth **20**.

Referring to FIGS. **4** and **5**, cutting tooth **20** includes a relatively long, plate-like, base portion **52** having a first end **54** and a second end **56**, and a relatively short cutting portion **58** mounted to the second end **56** of the base portion **52**. Base portion **52** has a generally planar, leading face **60**, an opposing trailing face **62** and two, spaced apart, lateral faces **64a** and **64b**. The lateral faces **64a** and **64b** taper gently from the second end **56** to the first end **54** of the base portion **52**.

A rebate **66** conforming substantially to the shape of the hexagonal head **42** is formed in leading face **60**. Defined in the rebate **66** is a bore **68** that extends through the base portion **52** and opens onto the trailing face **62**. The bore **68** is adapted to receive the bolt **40** therethrough to permit fastening of the cutting tooth **20** to the mounting block **28**. It will be appreciated that when cutting tooth **20** is mounted to mounting block **28** and nut **44** is secured, the rebate **66** and the hexagonal head **42** of bolt **40** cooperate with each other to discourage rotation of the bolt **40** about the cutting tooth **20**.

As best shown in FIGS. **3A**, **3B**, **6** and **7**, the base portion **52** further includes a pair of integrally formed, spaced apart, shoulder portions **70a** and **70b** which stand proud of the trailing face **62** to create somewhat of a raised profile. Shoulder portions **70a** and **70b** extend longitudinally substantially from the second end **56** of base portion **52** to an intermediate region **72** thereof located roughly midway between the first and second ends **54** and **56**. When seen in rear elevation view, each shoulder portion **70a** and **70b** flares outwardly from lateral face **64a**, **64b**, respectively. The spacing between shoulder portions **70a** and **70b** is sized to allow the mounting block **28** to be received therebetween. When the cutting tooth **20** is mounted to the mounting block **28**, the shoulder portions **70a** and **70b** abut opposite side faces **74a** and **74b** of the mounting block **28** (as best shown in FIG. **2**) thereby preventing rotation of the cutting tooth **20** relative to mounting block **28**. It will thus be understood that in this arrangement the shoulder portions **70a** and **70b** tend to act as stops against the rotation of the cutting tooth **20** which could otherwise occur during operation of the brush cutter as a result of repeated impact of brush, rocks or the like on the cutting tooth **20**.

Referring to FIG. **6**, the first end **54** of base portion **52** carries a fitting in the nature of a generally rectangular lug **76** for mating connection with the corresponding cutout **50** formed in ledge **48** of the mounting block **28**. Lug **76** serves to prevent rotation of cutting tooth **20** about the mounting block **28** during operation of the cutter head. Preferably, lug **76** is integrally formed with base portion **52**. However, this need not be the case in every application. In an alternate embodiment, the fitting or lug could be manufactured as a separate element and later attached to the base portion by welding or the like.

When tooling the cutting head **22**, the cutting tooth **20** is placed onto mounting block **28**. More specifically, the shoulder portions **70a** and **70b** are positioned so as to bound the mounting block **28** on either side thereof. The lug **76** carried on the first end **54** of base portion **52** is inserted in cutout **50** formed in ledge **48** of the mounting block **28**. The bore **68** formed in the base portion **52** is aligned with the bore **36** defined in the mounting block **28**. The bolt **40** is inserted through the aligned bores **68** and **36** to extend proud of the second face **34** of the mounting block **28**. The nut **44** is then tightened onto the bolt **40** to thereby fasten the cutting tooth **20** onto the mounting block **28**.

In this embodiment, cutting tooth **20** is provided with several structures (shoulder portions **70a** and **70b** and lug **76**) for blocking rotation of the cutting tooth **20** relative to the mount-

ing block **28**. In alternative embodiments, additional or replacement structures could be provided to prevent rotation of the cutting tooth. For instance, the disposition and configuration of the cutting tooth could be modified. The profile of the back face could be altered to achieve the same rotation stop function. Modifications to the fitting or lug are also possible. For instance, in other embodiments, the fitting could be configured differently (i.e. in the form of a square, circular, or other geometric shape). Furthermore, the fitting could be disposed at different locations on the base portion. In other embodiments, more than one fitting may be used. In a further alternative embodiment, it may be possible to construct a cutting tooth having a single rotation blocking structure. Alternatively, fitting could be replaced with an aperture that is sized to mate with a lug disposed on the mounting block.

In still further embodiments, cutting tooth **20** could be made without shoulder portions **70a** and **70b** and lug **76**. In such embodiments, the mounting block could be adapted and reconfigured with one or more rotation blocking structures. For instance, the mounting block could be provided with a pair of shoulders which flare out frontwardly from its side faces for wrapping about the lateral faces **64a** and **64b** of the cutting tooth.

As best shown in FIGS. **4** and **8**, the cutting portion **58** is carried on the second end **56** of the base portion **52** in a generally, forwardly leaning or canted fashion. Preferably, the cutting portion **58** is integrally formed with the base portion **52** and both are fabricated from a plate of hardened steel. In this embodiment, the steel plate is bent forward to obtain the forwardly leaning cutting portion **58**. Alternatively, the cutting tooth **20** could be cast with its cutting portion **58** leaning forward relative to its base portion **52**. It will however be appreciated that in alternative embodiments, the cutting and base portions could be manufactured separately and then assembled to form the cutting tooth by welding, fastening or the like.

The cutting portion **58** includes a leading face **78**, an opposed trailing face **80** and two spaced-apart lateral faces **82a** and **82b**. The leading face **78** of the cutting portion **58** joins the leading face **60** of the base portion **52** while similarly, the trailing portion **80** connects to trailing portion **62** of the base portion **52**. An obtuse angle θ is formed between the leading face **78** and the leading face **60**. Preferably, the angle θ lies between about 100 degrees and about 170 degrees. Most preferably, the angle θ lies between about 120 and about 150 degrees.

The leading and trailing faces **78** and **60** cooperate with each other to define a tapering, wedge-like, profile **84** that terminates in a cutting edge **86**. The cutting edge **86** is carried forwardly of the leading face **60** of the base portion **52** such that it tends to be the first element of cutting tooth **20** to make contact with the brush. In the preferred embodiment, the cutting edge **86** extends generally linearly between the lateral faces **82a** and **82b** and substantially parallel to the rotational axis R-R of the cutter head **22**. However, in alternative embodiments, the cutting edge could be configured differently. For instance, the cutting edge could be configured to extend generally diagonally between the lateral faces **82a** and **82b**, askew of the rotational axis R-R. This configuration would tend to favor one end of the cutting edge over the other contacting the brush. In a further alternative, the cutting edge could be scalloped or formed to extend in a generally, zigzagging fashion.

As shown in FIGS. **5** and **6**, the trailing face **80** of the cutting portion **58** has a plurality of knuckle-like protuberances in the nature of arcuate ridges **88** formed thereon, which extend from the cutting edge **86** until the juncture of trailing

faces **80** and **62**. The ridges **88** are disposed along the trailing face **80** in spaced apart fashion. Defined between each pair of adjacent ridges **88** is an arcuate channel or groove **90**. The alternating arrangement of ridges **88** and channels **90** define corrugations **89** on the trailing face. These corrugations serve to direct rocks, wood chips and other debris away from the cutting edge **86** thereby minimizing dispersion of the debris over the cutting area.

In this embodiment, the grooves **90** are machine ground into the trailing face **80** during fabrication. However, it should be appreciated that in alternative embodiments, the cutting portion **58** could be cast or forged in such a way that grooves and ridges are formed.

During operation of the cutter head **22**, the cutting edge **86** of each cutting tooth **20** comes into contact with the brush. Debris is created as a result of the cutting action of the cutting tooth **20**. As the debris passes over the cutting edge **86**, it abrades the surface of the cutting edge **86** thereby sharpening the cutting tooth **20**. This sharpening action tends to maintain or enhance the cutting efficiency of the cutting tooth and tends to reduce the need for mechanical sharpening. Thereafter the debris travels along the channels **90** to be carried away from cutting edge **86**.

In this embodiment, the cutting tooth **20** has a height H measured from the cutting edge **86** to first end **54** of the base portion **52**; a width W measured between lateral faces **82a** and **82b** at the edge **86**; and depth D measured from the leading face **60** to the trailing face **62** of base portion **52**. In this embodiment, the cutting tooth **20** has a height H of 3 to 30 centimeters, a width W of 3 to 10 centimeters, and a depth D of 0.2 to 5 cm. It will however be appreciated that the dimensions of the cutting tooth may be modified to suit a particular application or a particular brush cutter head.

While in this embodiment, the corrugations **89** have a generally arcuate profile when viewed in cross-section, it will be appreciated that this need not to be the case in all applications. In alternative embodiments, the corrugations could be configured differently. For instance, the corrugations could have a generally dentate or zigzag profile when viewed in cross-section. Other profiles may also be employed to similar advantage.

FIGS. **9** to **12** show an exemplary embodiment wherein an alternate cutting tooth is designated generally with reference numeral **400**. Cutting tooth **400** is generally similar to cutting tooth **20** in that it has a leading face **402** and a trailing face **404**. The trailing face **404** has formed thereon corrugations **406** defined by an alternating arrangement of ridges **408** and channels **410**. The corrugations **406** differ from corrugations **89** shown in FIGS. 3A and 3B in that the corrugations **406** have a generally crenellated profile when view in cross-section.

While in the previously described embodiments, the cutting tooth **20** and **400** are formed with well-defined cutting and base portions, it will be appreciated that this need not be the case in every application. In alternative embodiments, the cutting tooth could be configured such that the base portion is either substantially reduced in size or eliminated altogether. With reference to FIG. **13**, there is shown a cutting tooth **100** which has no substantial base portion. The cutting tooth **100** is mounted on the surface of a cutting head (not shown) by way of a mounting block **102**. Mounting block **102** is of unitary construction and is adapted to be secured on the drum (not shown) of the cutting head by welding or with removable fasteners such as screws, bolts or the like. Mounting block **102** is formed with a concave face **104** adapted to conform to the curved profile of the drum, and an opposed top face **106**. Defined within the top face **106** is a pair of threaded, blind

bores **108***a* and **108***b* that extend to an intermediate region **110** located roughly midway between the concave face **104** and the top face **106**. Bores **108***a* and **108***b* accommodate a corresponding pair of threaded fasteners **112***a*, **112***b* used to attach cutting tooth **100** to mounting block **102**.

Cutting tooth **100** includes a cutting portion **114**, but in contrast with cutting tooth **20**, it is substantially devoid of a base section. In this embodiment, the cutting portion **114** of cutting tooth **100** is mounted directly onto the top face **106** of the mounting block **102**. Cutting portion **114** includes a face **120** for abutting the top face **106**. The abutting face **120** is adapted to conform to the top face **106**. The cutting portion **114** further includes a gently curved leading face **116**, an opposed arcuate trailing face **118** and two spaced apart, lateral faces **122***a* and **122***b*. In an alternative embodiment, leading and trailing faces **116** and **118** could be made planar.

A pair of spaced apart, bores **124***a* and **124***b* extend generally perpendicularly from the abutting face **120** to the trailing face **118**. Near the trailing face **118**, the diameter of each bore **124***a*, **124***b* is enlarged to form a rebate (not shown). The rebate is sized to wholly receive therein the head of fastener **112***a* or **112***b*, as the case may be. In this manner, when the cutting tooth **100** is mounted to the mounting block **102**, the heads of fasteners **112***a* and **112***b* tend not to protrude from the trailing face **118**.

To mount cutting tooth **100** onto mounting block **102**, the abutting face **120** is placed on the top face **106** of the mounting block **102** and the bores **124***a* and **124***b* of the cutting portion **114** are aligned with the corresponding threaded bores **108***a* and **108***b* of the mounting block **102**. Fasteners **112***a*, **112***b* are inserted into the bores **124***a*, **108***a* and **108***b*, **124***b*, respectively and secured.

In like fashion to the leading and trailing portions **78** and **80** of cutting portion **58**, the leading and trailing faces **116** and **118** cooperate to define a tapering, wedge-like, profile **126** that terminates in a cutting edge **128**. As with cutting edge **86** of cutting portion **58**, the cutting edge **128** is carried forwardly of the leading face **116** such that it tends to be the first element of cutting tooth **100** to make contact with brush. Similarly, the cutting edge **128** preferably extends linearly between lateral faces **122***a* and **122***b* of the cutting portion **58**.

When assembled to the mounting block **102**, the leading face **116** of the cutting portion **114** joins the leading face **142** of the mounting block **102**.

The trailing face **118** has an alternating arrangement of ridges **144** and grooves **146** which define corrugations **147**. Disposed along the trailing face **118** in spaced-apart manner, the ridges **144** extend from the cutting edge **128** and terminate at the abutting face **120**. The grooves **146** are defined between each respective pair of adjacent ridges **144**. In like fashion to corrugations **89**, the corrugations **147** serve to direct rocks, wood chips and other debris away from the cutting edge **126** to thereby reduce the dispersion of the debris over the cutting area. As the debris passes over the cutting edge **128**, it abrades the surface of the cutting edge **128** thereby sharpening the cutting tooth **100**.

While in the previous embodiments, cutting teeth **20**, **100** and **400** were fixedly mounted to the cutting head, it will be appreciated that other embodiments, a cutting tooth could be mounted for rotation relative to a cutting head. In the alternate embodiment shown in FIGS. **14** to **17**, such a cutting tooth is generally designated with reference numeral **200**. A plurality of cutting teeth **200** are mounted onto a horizontal cutter head **202** by way of a corresponding plurality of mounting blocks or brackets **204**.

The cutter head **202** has a horizontal drum **206** that is generally similar to drum **24** of cutter head **22** except that in

this embodiment, the horizontal drum **206** has a plurality of generally concave depressions **208** defined on its outer surface **210** which are sized to accommodate therein the corresponding plurality of mounting brackets **204**.

Mounting bracket **204** has a base portion **212** for insertion into the depression **208** and pair of spaced apart, mounting arms **214***a* and **214***b* that are mounted on the base portion **212**. The base portion **212** includes a pair of spaced apart, side walls **216***a* and **216***b* that extend upwardly from, and are supported on, a generally, arcuate or convex bottom wall **218**. The convex curvature of bottom wall **218** corresponds generally to the concave curvature of the depression **208**. The bottom edge **220** of each side wall **216***a*, **216***b* is convexly curved to conform to curvature of the bottom wall **218**. Similarly, the top edges **222** of each side wall **216***a*, **216***b* are also convexly curved. The curvature of the top edges **222** is designed to match the radius of curvature of the outer surface **210** of the drum **206'** such that when the mounting bracket **204** is mounted in the depression **208**, only the mounting arms **214***a* and **214***b* can be seen to be protruding from the outer surface **210**. It will thus be appreciated that when seen a side elevation view, the base portion **212** has a generally, almond-shaped profile. The bottom wall **218** and the pair of spaced apart side walls **216***a* and **216***b* cooperate with each other define a hollow **224**. The hollow **224** is sized to allow the passage of cutting tooth **200** therethrough during operation of the cutter head **202**.

To mount the mounting bracket **204** to the cutter head **202**, the base portion **212** is inserted into the depression **208** and the top edges **220** of side walls **216***a* and **216***b* and the lateral edges **226***a* and **226***b* of the bottom wall **218**, are welded to the outer surface **210** of the drum **206**.

In this embodiment, each mounting arm **214***a*, **214***b* is fixed to each respective side wall **216***a*, **216***b* by way of welding. However, in alternative embodiments, the mounting arms could be integrally formed with the base portion. Defined within each mounting arm **214***a* and **214***b*, is a bore **228** that is adapted to receive a pivot pin **230**. The pair of pivot pins **230** support the cutting tooth **200** for rotational movement. A person skilled in the art will acknowledge that cutting tooth **200** can be mounted for rotation about the cutter head **202** in a number of ways.

The generally U-shaped cutting tooth **200** has a pair of mounting arms **232***a* and **232***b* and a cutting portion **234** centrally disposed between the mounting arms **232***a* and **232***b*. The cutting portion **234** includes a pair of opposed ends **236***a* and **236***b* from which depend mounting arms **232***a* and **232***b*, respectively. Each mounting arm **232***a* and **232***b* terminates with a free end **238***a* and **238***b*. Defined adjacent each free end **238***a*, **238***b* is a bore **240** for receiving the pivot pin **230**.

As shown in FIG. **15**, the cutting tooth **200** is sized to fit between the pair of mounting arms **214***a* and **214***b*. When assembling the cutting tooth **200** to the mounting bracket **204**, the cutting tooth **200** is placed between the mounting arms **214***a* and **214***b* such that bores **228** defined therein are aligned with the bores **240** formed in mounting arms **232***a* and **232***b*. The pivot pins **230** are then inserted through bores **228** and **240**. Thus assembled, the cutting tooth **200** is permitted to rotate about the axis R'-R' defined by the pivot pins **230**.

Cutting portion **234** includes a gently curved, first face **242** and an opposed second, face **244**. The first and second face **242** and **244** cooperate with each other to define a tapering profile that terminates in a cutting edge **246**. In this embodiment, the cutting edge **246** extends generally linearly between ends **236***a* and **236***b* of the cutting portion **234**.

The first face **242** of cutting portion **234** has a plurality of knuckle-like protuberances in the nature of arcuate ridges **248** formed thereon. The ridges **248** are disposed along the first face **242** in a spaced-apart manner and extend between the cutting edge **246** and the opposed edge **250** of cutting portion **234**. Disposed between each pair of adjacent ridges **248** is a groove **252**. The alternating arrangement of ridges **248** and grooves **252** defines corrugations **253** that protrude from the first face **242**. The corrugations **253** serve to direct rocks, wood chips and other debris away from the cutting edge **246** to hereby reduce the dispersion of the debris over the cutting area.

The cutting tooth **200** is preferably fabricated by bending a metal plate member to form depending mounting arms **232a** and **232b**, and cutting portion **234**. However, it will be appreciated that alternate fabrication methods may be also used to similar advantage.

FIGS. **18** to **21** show an alternative rotating-type cutting tooth generally designated with reference numeral **300**. In this embodiment, a plurality of cutting teeth **300** are mounted for rotation about the horizontal cutter head **302** by way of a corresponding plurality of mounting brackets **304**.

Mounting bracket **304** is generally similar to mounting bracket **204** of cutter head **202** in that it has a hollow and generally almond-shaped base portion **312** for insertion into a depression **308** on the cutter head surface **310** and pair of spaced apart, mounting arms **314a** and **314b** that mounted thereon for supporting cutting tooth **300**. When the bracket **304** is mounted in the depression **308**, only the mounting arms **314a** and **314b** extend radially from the outer surface **310** of cutter head **302**.

In this embodiment, the generally U-shaped cutting tooth **300** has a pair of mounting arms **332a** and **332b** and a cutting portion **334** centrally positioned between the mounting arms **332a** and **332b**. The cutting portion **334** includes a pair of opposed ends **336a** and **336b** from which depend mounting arms **332a** and **332b**, respectively. Each mounting arm **332a** and **332b** terminates with a free end **338a** and **338b**. Defined adjacent each free end **338a**, **338b** is a bore **340** for receiving a pivot pin **330**.

Similarly to cutting tooth **200**, the cutting tooth **300** is sized to fit between the pair of mounting arms **314a** and **314b** of the mounting bracket **304**. When assembling the cutting tooth **300** to the mounting bracket **304**, the cutting tooth **300** is placed between the mounting arms **314a** and **314b** such that a pair of bores **328** defined therein are aligned with the bores **340** formed in mounting arms **332a** and **332b**. The pivot pins **330** are then inserted through bores **328** and **340**. Thus assembled, the cutting tooth **300** is permitted to rotate about the axis $R^4$-$R^4$ defined by the pivot pins **330**.

The cutting portion **334** of cutting tooth **300** includes a generally planar first face **342** and a second, opposed, arcuate face **344**. Each face **342**, **344** includes a first lateral edge **346** and a second lateral edge **348**. The first face **342** and the second face **344** meet at each of their respective (first, second) lateral edges **346**, **348** to define a cutting edge **350**, **352**. The cutting edges **350** and **352** extend generally linearly between ends **336a** and **336b** of the cutting portion **334**. As will be appreciated by a person skilled in the art, the cutting edge **350** may be a trailing edge or a leading edge depending on whether the drum is being rotated in a clockwise or counter-clockwise direction. In this embodiment, the cutting edge **350** is the leading edge.

The first face **342** of cutting portion **334** has a plurality of grooves **354** formed therein. The grooves **354** are disposed along the first face **342** in a spaced-apart manner and extend between the cutting edges **350** and **352**. A ridge **356** is defined

within the first face **342** between each adjacent pair of grooves **354**. Thus configured, the alternating arrangement of grooves **354** and ridges **356** defines corrugations **358**. However, unlike corrugations **253** shown in FIG. **15**, the corrugations **358** do not protrude from the first face **342**. Rather, the corrugations **358** (and ridges **356**) are formed flush with the first face **342**. As in other previously described embodiments, the corrugations **358** serve to direct rocks, wood chips and other debris away from the cutting edge **350**, **352** (as the case may be) to hereby reduce the dispersion of the debris over the cutting area.

The cutting tooth **300** is preferably fabricated by bending a metal plate member to form depending mounting arms **332a** and **332b**, and cutting portion **334**. However, it will be appreciated that alternate fabrication methods may be also used to similar advantage. For instance, cutting tooth could be forged or cast.

Cutting teeth **20**, **100**, **200**, **300** and **400** described thus far are generally adapted for attachment to rotating, drum-type, cutter heads. Other alternative cutting teeth embodying the principles of the invention could also be configured for attachment onto endless, rotating belts.

While specific embodiments of the present invention have been described, it will be appreciated that it is capable of further modifications. Therefore, this application is intended to cover any variations, uses, or adaptations of the invention following, in general, the principles of the invention and including such departures from the present disclosure as come within known or customary practice within the art to which the invention pertains and as may be applied to the essential features hereinbefore set forth, and as follows in the scope of the appended claims.

What is claimed is:

**1**. A cutting tooth for use on a cutter head comprising a cutting portion, the cutting portion having a leading face and a trailing face, the leading and trailing faces of the cutting portion cooperating with each other to define a tapering profile terminating in a cutting edge, the trailing face having a plurality of ridges and grooves, the plurality of ridges and grooves being arranged in an alternating fashion to define corrugations running along the trailing face.

**2**. The cutting tooth of claim **1** further comprising a base portion, the base portion having a first end and an opposed second end, the cutting portion being carried on the second end of the base portion.

**3**. The cutting tooth of claim **2** wherein the cutting portion is integrally formed with the base portion.

**4**. The cutting tooth of claim **2** wherein the base portion is sized larger than the cutting portion.

**5**. The cutting tooth of claim **2** wherein the base portion has a leading face which meets the leading face of the cutting portion at a first juncture and a trailing face which meets the trailing face of the cutting portion at a second juncture, the trailing face of the cutting portion being canted relative to the trailing face of the base portion toward the leading direction.

**6**. The cutting tooth of claim **5** wherein an angle is formed between the trailing face of the cutting portion and the trailing face of the base portion; and the angle is a reflex angle.

**7**. The cutting tooth of claim **5** wherein the cutting edge is carried forwardly of at least a portion of the leading face of the base portion.

**8**. The cutting tooth of claim **5** wherein the plurality of ridges and grooves extends between the second juncture and the cutting edge.

**9**. The cutting tooth of claim **8** wherein each groove of the plurality of grooves has a depth and the depth of at least one of the grooves varies between the second juncture and the cutting edge.

**10**. The cutting tooth of claim **8** wherein each groove of the plurality of grooves has a length, the lengths of all the grooves being equal.

**11**. The cutting tooth of claim **8** wherein the plurality of ridges and grooves extends from the second juncture toward the cutting edge stopping shy of the cutting edge.

**12**. The cutting tooth of claim **2** wherein the base portion has an aperture defined therein for receiving a fastener to permit attachment of the cutting tooth to a mounting block, the aperture extending between the leading and trailing faces of the base portion.

**13**. The cutting tooth of claim **12** wherein the leading face of the base portion has a rebate formed therein, the rebate providing access to the aperture and being sized larger than the aperture.

**14**. The cutting tooth of claim **13** wherein the rebate has a generally hexagonal shape.

**15**. The cutting tooth of claim **12** wherein the base portion has means associated therewith for discouraging rotation of the cutting tooth relative to the mounting block when the cutting tooth is attached to the mounting block.

**16**. The cutting tooth of claim **15** wherein at least a portion of the means for discouraging rotation are carried on the trailing face of the base portion.

**17**. The cutting tooth of claim **1** wherein the ridges and grooves of the plurality of ridges and grooves are disposed substantially perpendicular to the cutting edge.

**18**. The cutting tooth of claim **1** wherein the cutting portion has a pair of spaced apart, first and second lateral faces; and the corrugations run between the first and second lateral faces of the cutting portion.

**19**. The cutting tooth of claim **18** wherein the corrugations run from the first lateral face to the second lateral face of the cutting portion.

**20**. The cutting tooth of claim **18** wherein the cutting edge extends generally linearly between the first and second lateral faces of the cutting portion.

**21**. The cutting tooth of claim **1** wherein the corrugations run substantially parallel to the cutting edge.

**22**. The cutting tooth of claim **1** wherein when viewed in cross-section, the corrugations have a profile selected from the group consisting of: (a) a generally arcuate profile; (b) a dentate profile; (c) a zigzag profile; and (d) a generally crenellated profile.

**23**. The cutting tooth of claim **1** wherein the corrugations are machine ground into the trailing face of the cutting portion.

**24**. The cutting tooth of claim **1** wherein the corrugations on the trailing face are formed by one of casting or forging.

**25**. The cutting tooth of claim **1** wherein the trailing face defines a plane and the ridges of the plurality of ridges protrude from the plane of the trailing face.

**26**. The cutting tooth of claim **1** wherein the trailing face defines a plane and the ridges of the plurality of ridges are flush with the plane of the trailing face.

**27**. The cutting tooth of claim **1** wherein the ridges of the plurality of ridges are evenly spaced from each other.

**28**. In combination a cutting tooth for use on a cutter head, a mounting block for attaching the cutting tooth onto the cutter head, the cutting tooth having a cutting portion, the cutting portion having a leading face and a trailing face, the leading and trailing faces of the cutting portion cooperating with each other to define a tapering profile terminating in a

cutting edge, the trailing face having a plurality of ridges and grooves, the plurality of ridges and grooves being arranged in an alternating fashion to define corrugations running along the trailing face, and the cutting tooth being releasably mountable to the mounting block.

**29**. The combination of claim **28** wherein the mounting block has a leading face and a trailing face; and when mounted to the mounting block, the cutting tooth is carried on the leading face of the mounting block.

**30**. The combination of claim **29** the cutting tooth includes a base portion, the base portion having a first end and an opposed second end, the cutting portion being carried on the second end of the base portion.

**31**. The combination of claim **30** wherein the base portion has a leading face which meets the leading face of the cutting portion at a first juncture and a trailing face which meets the trailing face of the base portion at a second juncture, the trailing face of the cutting portion being canted relative to the trailing face of the base portion toward a leading direction.

**32**. The combination of claim **31** wherein when the cutting tooth is mounted to the mounting block, the trailing face of the base portion abuts the leading face of the mounting block.

**33**. The combination of claim **32** wherein:

the base portion of the cutting tooth has a first aperture defined therein, the first aperture extending between the leading and trailing faces of the base portion;

the mounting block has a second aperture defined therein, the second aperture extending between the leading and trailing faces of the mounting block; and

the first and second apertures being alignable so as to accommodate a fastener therethrough to thereby permit attachment of the cutting tooth to the mounting block.

**34**. The combination of claim **33** further comprising a fastener for releasably attaching the cutting tooth to the mounting block.

**35**. The combination of claim **34** wherein the leading face of the base portion has a rebate formed therein, the rebate providing access to the first aperture and being sized larger than the first aperture.

**36**. The combination of claim **35** wherein the fastener includes a nut and a bolt; and the bolt has a head shaped to correspond substantially to the shape of the rebate.

**37**. The combination of claim **35** wherein the shape of the rebate is generally hexagonal.

**38**. The combination of claim **34** further comprising means for discouraging rotation of the cutting tooth relative to the mounting block.

**39**. The combination of claim **38** wherein the fastener includes a nut and a bolt having a hexagonal head, the rebate formed in the leading face of the base portion having a shape corresponding substantially to the hexagonal head of the bolt, the hexagonal head and the rebate cooperating with each other to define the means for discouraging rotation.

**40**. The combination of claim **38** wherein the mounting block has a cutout formed therein and the base portion of the cutting tooth has a lug formed in the mounting block for mating connection with the cutout, the cutout and the lug cooperating with each other to define the means for discouraging rotation.

**41**. The combination of claim **38** wherein:

the mounting block includes a pair of opposed first and second side faces; and

the means for discouraging rotation includes a pair of spaced apart first and second shoulder portions standing proud of the trailing face of the base portion; the first and second shoulder portions extending between the first and second ends of the base portion, the spacing between

the first and second shoulder portions being sized to accommodate therein the mounting block; when the cutting tooth is mounted to the mounting block, the first side face of the mounting block abutting the first shoulder portion and the second side face of the mounting block abutting the second shoulder portion.

**42**. The combination of claim **28** wherein the cutting tooth is fixedly mounted to the mounting block.

**43**. The combination of claim **28** wherein the cutting tooth is rotatably mounted to the mounting block.

**44**. The combination of claim **28** wherein the plurality of ridges and grooves is disposed substantially perpendicular to the cutting edge.

**45**. The combination of claim **28** wherein the cutting portion has a pair of spaced apart, first and second lateral faces; and the corrugations run between the first and second lateral faces of the cutting portion.

**46**. The combination of claim **28** wherein the corrugations run substantially parallel to the cutting edge.

**47**. The combination of claim **28** wherein when viewed in cross-section, the corrugations have a profile selected from the group consisting of: (a) a generally arcuate profile; (b) a dentate profile; (c) a zigzag profile; and (d) a generally crenellated profile.

**48**. The combination of claim **28** wherein the trailing face defines a plane and the ridges of the plurality protrude from the plane of the trailing face.

**49**. The combination of claim **28** wherein the trailing face defines a plane and the ridges of the plurality of ridges are flush with the plane of the trailing face.

**50**. The cutting tooth of claim **28** wherein the ridges of the plurality of ridges are evenly spaced from each other.

**51**. A cutter head for use on a cutter comprising:

a drum rotatably mounted on the cutter, the drum having a radial outer surface;

means for causing rotation of the drum relative to the cutter;

at least one mounting block for supporting a cutting tooth, the at least one mounting block being carried on the radial outer surface of the drum; and

at least one cutting tooth mounted to the at least one mounting block, the at least one cutting tooth including a cutting portion, the cutting portion having a first face and a second face, the first face and the second face cooperating to define a tapering profile terminating in a cutting edge, the first face having a plurality of ridges and grooves, the plurality of ridges and grooves being arranged in an alternating fashion to define corrugations running along the first face.

\* \* \* \* \*