IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GYRO-TRAC CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 21-303-CJB ) |
| FECON, LLC, | ) ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Gyro-Trac Corporation and Defendant Fecon, LLC, under Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate that this action, including all claims, counterclaims, and affirmative defenses, are dismissed with prejudice, each party to pay its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Emily S. DiBenedetto* | */s/ Michelle Streifthau-Livizos* |
| Karen E. Keller (No. 4489) | James D. Taylor, Jr. (No. 4009) |
| Nathan R. Hoeschen (No. 6232) | Michelle Streifthau-Livizos (No. 6584) |
| Emily S. DiBenedetto (No. 6779) | Aubrey J. Morin (No. 6568) |
| SHAW KELLER LLP | SAUL EWING ARNSTEIN & LEHR LLP |
| I.M. Pei Building | 1201 N. Market Street, Suite 2300 |
| 1105 North Market Street, 12th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 421-6800 |
| (302) 298-0700 | james.taylor@saul.com |
| kkeller@shawkeller.com | michelle.streifthau-livizos@saul.com |
| nhoeschen@shawkeller.com | aubrey.morin@saul.com |
| edibenedetto@shawkeller.com | *Attorney for Defendant* |
| *Attorneys for Plaintiff* | |

Dated: July 21, 2022

IT IS SO ORDERED this _____ day of _____, 2022.

_____
United States District Judge